Law Offices of Beles & Beles
Robert J. Beles, CA Bar No.: 41993
Gabrielle Nicolet, CA Bar No.: 350019
One Kaiser Plaza, Suite 2300
Oakland, CA 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690
Email: beleslaw@yahoo.com

*Attorneys for Petitioner*
*ROBERT EARL DAVIS, JR.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EARL DAVIS, JR.,<br><br>*Petitioner*,<br><br>vs.<br><br>JANAN CAVAGNOLO, Acting Warden, California State Prison – Solano,<br><br>*Respondent*,<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>*Real Party in Interest*. | No. 2:25-cv-02289-DC-SCR<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

Good cause appearing, and there being no opposition, this Honorable Court grants the Petitioner a 30-day extension of time to file the Traverse and Reply Memorandum from Wednesday, November 19, 2025, to and including Friday, December 19, 2025.

DATED: November 17, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1